

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:99-cr-43 |
| vs. ) | Mag. No. |
| ) | |
| NORMAN T. SEXTON ) | Judge Collier/Carter |

### ORDER

Defendant Norman T. Sexton has filed a motion to seal his motion for an *in camera* review (Court File No. 199). For good cause shown, it is **ORDERED**, said motion is **GRANTED**. Defendant Norman T. Sexton's motion for an *in camera* review shall be filed under seal. Furthermore, the Clerk of the Court is **ORDERED** to file this order under seal.

Defendant Norman T. Sexton's motion which is filed under seal seeks a court order requiring one Steve Goins and one Donald Keahey to provide voice and handwriting exemplars for analysis by defendant Norman T. Sexton's expert. Defendant contends that such exemplars are necessary to his defense.

The undersigned shall treat this motion as an ex parte motion for subpoenas to be issued under seal requiring Steve Goins and Donald Keahey to produce voice and hand writing exemplars for the defendant. The undersigned finds, pursuant to Fed. R. Civ. P. 17(c), that such exemplars are necessary to the defendant's defense and **GRANTS** defendant's motion for said subpoenas. Defendant shall procure such subpoenas from the Clerk of the Court and designate a reasonable time and place wherein Steve Goins and Donald Keahey shall provide their voice and hand writing exemplars. It is further **ORDERED** the Clerk of the Court shall issue these subpoenas under seal.

**ENTER.**

*/s/ Bill Carter*
**WILLIAM B. MITCHELL CARTER**
**UNITED STATES MAGISTRATE JUDGE**