# UNITED STATES DISTRICT COURT
for the

Eastern District of Tennessee

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 1:99-cr-71-004 |
| NORMAN TIMOTHY SEXTON ) | |
| ) | USM No: 15967-074 |
| Date of Original Judgment: 8/23/2002 ) | |
| Date of Previous Amended Judgment: 9/29/2005 ) | Hallie McFadden |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 238 months **is reduced to** 211.

*(Complete Parts I and II of Page 2 when motion is granted)*

**Terminate Doc(s).** 595, 596

Except as otherwise provided, all provisions of the judgment dated 09/29/2005 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 9/23/2015     /s/
                          *Judge's signature*

Effective Date: 11/02/2015     U.S. District Judge Curtis Collier
*(if different from order date)*     *Printed name and title*