# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:99-cr-71 |
| v. ) | |
| ) | Judge Travis R. McDonough |
| NORMAN T. SEXTON ) | |
| ) | Magistrate Judge Christopher H. Steger |
| ) | |

## ORDER

Before the Court is Defendant's motion early termination of his supervised release. (Doc. 606.) The Government is **ORDERED** to file a response to Defendant's motion on or before **January 8, 2018**.

**SO ORDERED**.

/s/*Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**