# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:99-cr-71 |
| v. ) | |
| ) | Judge Travis R. McDonough |
| NORMAN T. SEXTON ) | |
| ) | Magistrate Judge Christopher H. Steger |
| ) | |

## ORDER

Norman T. Sexton has moved to terminate his supervised release. (Doc. 606.) Sexton was convicted of conspiracy to distribute cocaine in violation of Title 21, United States Code Sections 846 and 841(b)(1)(C). His three-year term of supervised release is currently set to expire on November 5, 2018. Sexton has satisfactorily completed over two years of supervised release. (Doc. 606, at 2.) United States Probation Officer Doug Corn does not oppose Sexton's request. The Government, however, opposes Sexton's request based on his "past criminal activity, his use of use of violence and intimidation, and his friendships with law enforcement officers to avoid detection for his criminal acts." (*See generally* Doc. 609.)

Title 18, United States Code Section 3583(e)(1) provides that a court may, after considering the factors set forth in Section 3553(a), "terminate a term of supervised release . . . any time after the expiration of one year of supervised release, . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." Although some of Sexton's conduct before incarceration is troubling, that conduct occurred almost twenty years ago. Sexton has completed two years of supervised release without incident, and the probation officer supervising him does not oppose terminating his supervision early.

Accordingly, the Court finds that, upon consideration the factors set forth in Title 18, United States Code Section 3553(a), Sexton's conduct warrants early termination of his supervised release. The Court will, therefore, **GRANT** Sexton's motion to terminate supervised (Doc. 606) and **ORDER** that he be discharged from supervision.

      **SO ORDERED**.

                                                                                      /s/*Travis R. McDonough*
                                                                                      **TRAVIS R. MCDONOUGH**
                                                                                      **UNITED STATES DISTRICT JUDGE**